**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEREK WATSON and
DAWN WATSON,

        Plaintiffs,                   CASE NO.  05-CV-74043
                                                PAUL D. BORMAN
-vs-                                     UNITED STATES DISTRICT JUDGE

FELIX TREVINO, ET AL.,

        Defendants.
_____/

**ORDER REQUESTING THAT THE PARTIES SUBMIT BRIEFS
ADDRESSING THE ISSUE OF THE POSSIBLE EFFECTS OF THE STATE COURT
JUDGMENT UPON PLAINTIFFS' FEDERAL CLAIMS**

The Court REQUESTS that the parties submit briefs not to exceed ten (10) pages addressing the possible preclusive effects, if any, of the dismissal of Plaintiffs' state court claims in *Watson v. County of Genesee*, No 04-80209-CZ (Genesee Cty. Cir. Ct. July 14, 2006), upon Plaintiffs' 42 U.S.C. § 1983 claims in this case, within ten (10) days of this order.

**SO ORDERED.**

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  October 25, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 25, 2006.

                                                  s/Denise Goodine
                                                  Case Manager