UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK WATSON and
DAWN WATSON,

        Plaintiffs,                CASE NO.  05-CV-74043
                                        PAUL D. BORMAN
-vs-                                  UNITED STATES DISTRICT JUDGE

FELIX TREVINO, et al.,

        Defendants.
_____/

### ORDER STRIKING PLAINTIFFS' MOTION FOR RECONSIDERATION

       Before the Court is Plaintiffs' February 7, 2007 Motion for Reconsideration of this Court's January 24, 2007 Order. (Docket No. 94). The Court STRIKES Plaintiffs' Brief for violation of Local Rule 7.1(c)(3)(A), exceeding the twenty-page limit for briefs. The Court ORDERS that Plaintiffs have seven (7) days from the date of this Order to resubmit their motion in conformance with the rule.

**SO ORDERED.**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE
Dated:  February 15, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 15, 2007.

                                                s/Denise Goodine
                                                Case Manager