**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEREK WATSON and
DAWN WATSON,

        Plaintiffs,                      CASE NO. 05-CV-74043

-vs-                                     PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

FELIX TREVINO, et al.,

        Defendants.
_____/

## ORDER NOTIFYING PARTIES THAT PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT WILL BE DECIDED UPON THE BRIEFS

Pursuant to E.D. Mich. L. R. 7.1(e)(2), the Court hereby notifies the parties that it will make a decision on Plaintiff's Motion for Leave to Amend the Complaint on the parties' submitted briefs without holding a hearing. Accordingly, the Court cancels the motion hearing scheduled for June 7, 2007.

**SO ORDERED**.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: May 29, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 29, 2007.

                                                                               s/Denise Goodine
                                                                               Case Manager