**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEREK WATSON,

       Plaintiff,                CASE NO. 05-CV-74043

-vs-                                  PAUL D. BORMAN
                                  UNITED STATES DISTRICT JUDGE

FELIX TREVINO, et al.,

       Defendants.
_____/

## ORDER FOR SUPPLEMENTAL BRIEFING ON THE ISSUE OF WHETHER PLAINTIFF HAS A VIABLE EXCESSIVE FORCE CLAIM UNDER 42 U.S.C. § 1983 AGAINST DEFENDANT TREVINO

     Given the Court's previous rulings, the Court **ORDERS** that Plaintiff and Defendant Trevino submit supplemental briefs, not to exceed five (5) pages, addressing whether Plaintiff has a viable excessive force claim under 42 U.S.C. § 1983 against Defendant Trevino, within fourteen (14) days of this Order.

**SO ORDERED**.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: August 23, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 23, 2007.

                                              s/Denise Goodine
                                              Case Manager