UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK WATSON,

        Plaintiff,                         CASE NO. 05-CV-74043

-vs-                                         PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

FELIX TREVINO, STEVEN
COLOSKY, SCOTT RUST,
and KEVIN SALTER, in their
individual and official capacities,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S SECOND MOTION TO ADJOURN TRIAL

Before the Court is Plaintiff Derek Watson's ("Plaintiff") October 9, 2007 Second Motion to Adjourn Trial pursuant to Fed. R. Civ. P. 16(b)(6) and E.D. Mich. L. R. 40.2. In the motion, Plaintiff claims that he has another trial beginning on November 6, 2006 in Wayne County Circuit Court – the same day this Court has scheduled Plaintiff's case to begin.

As mentioned in this Court's previous October 5, 2007 Order, Plaintiff's counsel has been aware of this Court's scheduled trial date in the instant case since the August 22, 2007 Final Pretrial Conference. At that time, Plaintiff made no objection to that trial date. Plaintiff will be expected to attend this Court's scheduled trial in this case at 9:00 a.m. on November 6, 2007. The undersigned has spoken with Judge Torres personally, who indicated no objection to Plaintiff's counsel being in Federal Court for trial on the instant case.

1

The Court hereby **DENIES** Plaintiff's motion.

**SO ORDERED.**

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: October 11, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 11, 2007.

s/Denise Goodine
Case Manager