UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK WATSON and
DAWN WATSON,

       Plaintiffs,

v.                                        Case No. 2:05CV74043
                                         Honorable Paul D. Borman
FELIX TREVINO, et. al               Mag. Judge Virginia M. Morgan

       Defendants.

**ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

At a session of said Court, held in the
City of Detroit, County of Wayne, State of Michigan,
on         12/6/07        

Present:    PAUL D. BORMAN    
               U.S. District Court Judge

On January 24, 2007, this Court entered its Order and Opinion Granting In Part And Denying In Part Defendants Motion For Summary Judgment dismissing Defendants Donald Urban, Timothy Cook and Christopher Rhind. On March 12, 2007, this Court entered its Order Granting Defendants' Motion to Dismiss Plaintiff Dawn Watson as a party plaintiff. Derek Watson and Dawn Watson have agreed to voluntarily dismiss with prejudice and without costs this litigation as to Kevin Salter, Scott Rust and Steven Colosky. Furthermore, Plaintiffs Derek Watson and Dawn Watson have agreed to voluntarily dismiss former Defendants Donald Urban, Timothy Cook and Christopher Rhind with prejudice and without costs, including a waiver of all appellate rights that Derek Watson and Dawn Watson had regarding the rulings of the Court referenced herein. However, this order does not effect any of the pending claims of Derek

Watson as to Defendant Felix Trevino and this order does not effect any of Derek Watson's and Dawn Watson's appellate rights regarding any claims that they have against Felix Trevino.

IT IS HEREBY ORDERED that Derek Watson and Dawn Watson hereby voluntarily dismiss with prejudice and without costs and waive all appellate rights regarding current and former Defendants Donald Urban, Timothy Cook, Christopher Rhind, Kevin Salter, Scott Rust and Steven Colosky.

This order shall not effect any claims of Derek Watson or Dawn Watson against Felix Trevino and shall not effect any appellate rights that Derek Watson or Dawn Watson have regarding Defendant Felix Trevino.

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: December 6, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 6, 2007.

                                        s/Denise Goodine
                                        Case Manager

Agreed to by:

*/s/ Christopher J. Trainor*
Christopher J. Trainor (P42449)
Attorney for Plaintiffs


*/s/ Stephon B. Bagne*
Stephon B. Bagne (P54042)
Attorney for Defs. Urban and Salter

*/s/ Audrey Forbush*
Audrey Forbush (P41744)
Attorney for Def. Colosky


*/s/Sharon Clark Woodside*
Sharon Clark Woodside (P41295)
Attorney for Def. Trevino

1979-1038/117321